*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 22-BG-175

IN RE RICHARD L. BREWSTER

**2022 DDN 35**

An Inactive Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 976678**

BEFORE: Beckwith and Deahl, Associate Judges, and Fisher, Senior Judge.

### O R D E R
(FILED—May 26, 2022)

On consideration of the certified copy of an order from the state of Florida suspending respondent from the practice of law in that jurisdiction for a period of 45 days by consent; this court's March 28, 2022, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; respondent's response stating he does not object to reciprocal discipline; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Richard L. Brewster is hereby suspended from the practice of law in the District of Columbia for a period of 45 days. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established). For purposes of reinstatement, respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

### PER CURIAM